FILED
CLERK, U.S. DISTRICT COURT
11/09/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Telephone:   (213) 252-8008
Facsimile:    (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
MICHAEL RHAMBO

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FLOUR & OIL RESTAURANT GROUP, INC. D/B/A HONEY BIRD; 712 FOOTHILL, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 2:20-cv-04200-PSG (ASx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE**; ORDER |

**PLEASE TAKE NOTICE** that Plaintiff MICHAEL RHAMBO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　　(a) **Voluntary Dismissal.**

　　　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: November 6, 2020

SO. CAL EQUAL ACCESS GROUP

_/s/ Jason J. Kim_
JASON J. KIM
Attorney for Plaintiff

IT IS SO ORDERED.
DATED: 11/09/2020

_____
U.S. DISTRICT JUDGE

-2-

NOTICE OF VOLUNTARY DISMISSAL